DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MCCULLOUGH & MITCHELL,** a Florida Corporation; and **JORGE ROJO,**
Appellants,

v.

**WOODBRIDGE BARIC PRE SETTLEMENT INVESTMENTS, LLC,** a
Limited Liability Company,
Appellee.

No. 4D17-1387

[October 5, 2017]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2015-CA-007419-XXXXMB.

E. Timothy McCullough of McCullough & Mitchell, PA, Orlando, for appellants.

William J. Cornwell and Seth A. Kolton of Weiss, Handler & Cornwell, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***